# UNITED STATES DISTRICT COURT
## Western District of Texas – San Antonio Division

| | | |
|---|---|---|
| LAUREN SIMPSON, | § | |
| , | § | |
| | § | CASE NUMBER: 5:26-cv-00127 |
| PLAINTIFF | | |
| | § | |
| VS. | § | |
| | § | |
| UNIFIN INCORPORATED, | § | |
| | § | DEMAND FOR JURY TRIAL |
| DEFENDANT | § | |
| | § | |

## **STIPULATION OF DISMISSAL**

TO THE HONORABLE JUDGE OF THIS COURT:

1.  Plaintiff, Lauren Simpson files this Stipulation of Dismissal under Federal Rule Civil Procedure 41(a)(1) against Unifin Incorporated.

2.  Plaintiff moves to dismiss this suit against Unifin Incorporated. With prejudice.

3.  Defendant has conferred with Plaintiff and agrees to the dismissal.

4.  All matters in controversy have been resolved.

5.  This case is not a class action, and a receiver has not been appointed.

6.  This action is not governed by any statute of the United States that requires an order of the court for dismissal of this case.

7.  Plaintiff has not dismissed an action based on or including the same claim or claims as those presented in this suit.

8.  This dismissal is with prejudice.

9.  Costs are taxed to the party who incurred them.

Respectfully submitted,

*/s/ Daniel J. Ciment*

Daniel J. Ciment
CIMENT LAW FIRM, PLLC
400 E. Weatherford St.,
Fort Worth, TX 76102
833-663-3289
Daniel@cimentlawfirm.com
ATTORNEY FOR PLAINTIFF

CERTIFICATE OF SERVICE

I certify that the above document was sent to all parties of record via the ecf filing system on March 25, 2026.

*Daniel J. Ciment*
Daniel J. Ciment